727 A.2d 1113

John WITHERSPOON, Petitioner,

v.

CITY OF PHILADELPHIA, Respondent.

Supreme Court of Pennsylvania.

April 28, 1999.

Richard G. Freeman, Philadelphia, for petitioner.

## *ORDER*

PER CURIAM:

AND NOW, this 28th day of April, 1999, we **GRANT** the Petition for Allowance of Appeal **LIMITED** to the following issue:

In determining whether the statute of limitations has been tolled, must the court inquire into whether the plaintiff has made good faith efforts to serve process after the initial thirty-day service period has expired?